# EXHIBIT E

# NYC Green Transportation Group, LLC

March 20, 2018

Mr. Aravind BHARADWAJ
158 Wayne Street, Apt 103A
Jersey City, NJ 07302

**RE:   Reduced Administration Fee for the Subscription to NYC Green Transportation EB-5 Project**

Dear Mr. Bharadwaj:

The administration fee is hereby reduced to $10,000 for your subscription to the NYC Green Transportation EB-5 project due to the reduced workload and reduced offering expenses.

With the exception of all references to the $50,000 administration fee, all other terms and conditions of the Offering Memorandum, Subscription Agreement, and Operating Agreement for NYC Green Transportation Group, LLC will remain the same.

If and to the extent that any of the provision of this Rider conflict or are otherwise inconsistent with any of the preceding printed provision of the Offering Memorandum, Subscription Agreement, and Operating Agreement for the NYC Green Transportation Group, LLC, whether or not such inconsistency is expressly noted to the Rider, the provision of this Rider shall prevail.

Sincerely,

Anthony G. Parrizzi
Principal
NYC Green Transportation Group, LLC

NYC Green Transportation Group, LLC • 33-24 Northern Blvd., Suite 501, Long Island City, NY 11101 • (800) 604-9844