UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
AVRAVIND BHARADWAJ,                                  :
                                                     :
        Plaintiff,                                 :  Case No. 21-cv-01520
                                                     :
    v.                                                :
                                                     :
NYC GREEN TRANSPORTATION GROUP, LLC                  :  **NOTICE OF APPEARANCE**
and NURIDE TRANSPORTATION GROUP, LLC                 :
                                                     :
        Defendants.                                :
                                                     :
                                                     :
------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       May 3, 2021

                                                    Respectfully submitted,

                                                    MORRISON COHEN LLP

                                                    By: */s/ Jason Gottlieb*
                                                         Jason Gottlieb
                                                         909 Third Avenue
                                                         New York, New York 10022
                                                         (212) 735-8837
                                                         jgottlieb@morrisoncohen.com
                                                         *Attorney for Defendants*