UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AVRAVIND BHARADWAJ,

        Plaintiff,

        v.

NYC GREEN TRANSPORTATION GROUP, LLC
and NURIDE TRANSPORTATION GROUP, LLC

        Defendants.

---

Case No. 21-cv-01520

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendants in the above-captioned action and respectfully demands that all electronically filed documents in this action be transmitted by e-mail to the address below.

Dated: New York, New York
       May 3, 2021

Respectfully submitted,

MORRISON COHEN LLP

By: */s/ Amber R. Will*
    Amber R. Will
    909 Third Avenue
    New York, New York 10022
    (212) 735-8853
    awill@morrisoncohen.com
    *Attorney for Defendants*